# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MONTEL DEAN MURRY**
**#2218**                                                                 **PLAINTIFF**

v.                                     **No. 4:25-cv-1141-DPM**

**BRANDI TUCKER, Nurse, RN, TurnKey,**
**Pulaski County Detention Facility and**
**BERTHA LOWE, Infirmary**
**Administrator, TurnKey, Pulaski County**
**Detention Facility**                                        **DEFENDANTS**

## ORDER

Unopposed recommendation, *Doc. 28*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Motion for summary judgment, *Doc. 19*, granted for failure to exhaust administrative remedies.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2026