# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

MONTEL DEAN MURRY
#2218                                                        PLAINTIFF

v.                              No. 4:25-cv-1141-DPM

BRANDI TUCKER, Nurse, RN, TurnKey,
Pulaski County Detention Facility and
BERTHA LOWE, Infirmary
Administrator, TurnKey, Pulaski County
Detention Facility                                          DEFENDANTS

## JUDGMENT

Murry's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 June 2026